**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Roberto BALLONES, Jr., Defendant–
Appellant.**

**No. 05–50713.
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided April 11, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, for Plaintiff–Appellee.

Alberto M. Ramon, Law Office of Alberto M. Ramon, Eagle Pass, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and JOLLY and DAVIS, Circuit Judges.

PER CURIAM: *

Roberto Ballones, Jr., appeals his guilty-plea conviction and sentence for conspiracy to possess with intent to distribute more than five kilograms of cocaine. For the first time on appeal, Ballones argues that he received ineffective assistance of counsel that made his guilty plea involuntary and his sentence unreasonable.

Because Ballones did not raise his claims in the district court, there is no evidentiary record on these issues. Consequently, the record has not been developed sufficiently for us to consider Bal-

lones's ineffective assistance of counsel claims on direct appeal. *See United States v. Kizzee,* 150 F.3d 497, 502–03 (5th Cir. 1998). Accordingly, the judgment of the district court is affirmed without prejudice to Ballones's right to raise his ineffective assistance of counsel claims in a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. We express no view on the merits of such a motion.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under